IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Criminal Case No.   09-cr-00389-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.  PUBLIC SERVICE COMPANY OF COLORADO,

        Defendants.

---

## JUDGMENT OF ACQUITTAL

---

THIS MATTER came on for jury trial on May 31, 2011, before a duly impaneled jury of twelve, the Honorable Wiley Y. Daniel, Chief Judge presiding.  On June 28, 2011, the jury rendered verdicts of not guilty to Counts 1, 2, 3, 4, and 5 of the indictment as to defendant, Public Service Company of Colorado.  It is therefore

ORDERED that the defendant Public Service Company of Colorado is hereby acquitted of all charges against it and the indictment is dismissed as to defendant, Public Service Company of Colorado.

Dated this 30th day of June, 2011.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE